**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2174**

———————

GEORGE REYNOLD EVANS,

        Plaintiff – Appellant,

    v.

GUILFORD COUNTY DETENTION CENTER; B. J. BARNES; SGT. LANIER; OFFICER MANGUM; GUILFORD COUNTY NORTH CAROLINA,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Senior District Judge. (1:13-cv-00499-NCT-JEP)

———————

Submitted: August 18, 2015        Decided: September 18, 2015

———————

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

George Reynold Evans, Appellant Pro Se. Matthew Livingston Mason, GUILFORD COUNTY SHERIFF'S ATTORNEY, Greensboro, North Carolina; John Mark Payne, COUNTY ATTORNEY'S OFFICE, Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Reynold Evans seeks to appeal the magistrate judge's report and recommendation in this action filed under 42 U.S.C. § 1983 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Evans seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.[*] Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

[*] According to the district court's docket sheet, Evans has filed objections to the magistrate judge's report and recommendation. However, the district court has not yet ruled on the ojections or issued a final order.

2